```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 21552
   TERETHA HARPER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7649


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/15/2008 and was not confirmed.

    The case was dismissed without confirmation 10/27/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG         .00           .00           .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE         .00           .00           .00
GREEN TREE SERVICING LLC  CURRENT MORTG         .00           .00           .00
GREEN TREE SERVICING LLC  MORTGAGE ARRE      420.00           .00           .00
HSBC AUTO FINANCE         SECURED VEHIC     8200.00           .00        300.71
HSBC AUTO FINANCE         UNSECURED          361.56           .00           .00
INTERNAL REVENUE SERVICE  SECURED          28957.56           .00        668.05
NATIONSTAR MORTGAGE       CURRENT MORTG         .00           .00           .00
NATIONSTAR MORTGAGE       MORTGAGE ARRE      616.00           .00           .00
AMERICAN LOANS LLC        UNSECURED        NOT FILED          .00           .00
ASSOCIATES CITIBANK       UNSECURED        NOT FILED          .00           .00
CAPITAL ONE               UNSECURED          822.74           .00           .00
ILLINOIS HEART & VASCULA  UNSECURED        NOT FILED          .00           .00
ILLINOIS HEART & VASCULA  UNSECURED        NOT FILED          .00           .00
DEPENDON COLLECTION       UNSECURED        NOT FILED          .00           .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED          .00           .00
ARROW FINANCIAL SERVICES  UNSECURED          520.45           .00           .00
BENEFICIAL COMPANY        UNSECURED         6266.00           .00           .00
ICS INC                   UNSECURED        NOT FILED          .00           .00
ADVENTIST LA GRANGE       UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED          .00           .00
MIDNIGHT VELVET           UNSECURED          302.72           .00           .00
ST MARGARET MERCY HOSPIT  UNSECURED        NOT FILED          .00           .00
NICOR GAS                 UNSECURED        NOT FILED          .00           .00
HOUSEHOLD BANK            UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          508.35           .00           .00
TARGET                    UNSECURED        NOT FILED          .00           .00
TARGET                    UNSECURED        NOT FILED          .00           .00
ADRIENNE SCOTT            NOTICE ONLY      NOT FILED          .00           .00
PIERCE & ASSOCIATES       MORTGAGE NOTI    NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         1101.04           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED          .00           .00
PRA RECEIVABLES MGMT      UNSECURED          714.12           .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,040.00                     977.18
TOM VAUGHN                TRUSTEE                                        160.06
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21552 TERETHA HARPER

```
DEBTOR REFUND           REFUND                                          223.74

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     2,329.74

PRIORITY                                                  .00
SECURED                                                968.76
UNSECURED                                                 .00
ADMINISTRATIVE                                         977.18
TRUSTEE COMPENSATION                                   160.06
DEBTOR REFUND                                          223.74
                           --------------          --------------
TOTALS                      2,329.74                 2,329.74
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 02/24/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 08 B 21552 TERETHA HARPER